1    MELINDA HAAG
     United States Attorney
2
     MIRANDA KANE
3    Chief, Criminal Division

4    THOMAS M. NEWMAN
     Assistant United States Attorney
5        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102
6        Telephone: (415) 436-6888

7    Attorneys for the United States of America

8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN FRANCISCO DIVISION
11

12
     UNITED STATES OF AMERICA,              )    No.  CR-12-267-EMC
13                                          )
               Plaintiff,                    )
14                                          )    STIPULATION TO CONTINUE
               v.                            )
15                                          )
     CHARLESZETTA BROWN aka                  )
16   CANDICE TAYLOR and CLEXTON              )
     WARD,                                   )
17                                          )
               Defendant.                    )
18   _____)

19          This matter is set for a hearing on April 20, 2012, at 9:30 am, for identification of

20   counsel.  The parties stipulated to continue the hearing until April 23, 2012, at 9:30 am before the

21   Magistrate Judge Laurel Beeler.

22                                          Respectfully submitted,
                                            MELINDA HAAG
23                                          United States Attorney

24

25                                          /s/Thomas M. Newman
     Dated: April 19, 2012                  THOMAS M. NEWMAN
26                                          Assistant United States Attorney
                                            Tax Division
27

28

     *Stipulation to Continue*
     *Case No. CR-12-00267-EMC*

1   Dated: April 19, 2012                 /s/
                                          JOHN PHILIPSBORN
2                                         Attorney for Defendant

3

4                              **ORDER**

5           Pursuant to the parties' stipulation, IT IS SO ORDERED.

6

7   Dated: 04/20/12

8                                         NANDOR J. VADAS
                                          United States Magistrate District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Stipulation to Continue*
*Case No. CR-12-00267-EMC*              2